UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DREW RIDLEY,

        Plaintiff,

        v.

NANCY A. BERRYHILL,
ACTING COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.

Civil Action No. 6:16-1353 (WBC)

**CONSENT ORDER FOR PAYMENT OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

This matter having been opened by Howard Olinsky, Esq., for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that Grant C. Jaquith, United States Attorney, and Sixtina Fernandez, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of four thousand seven hundred dollars and ($4,700.00) in attorney fees. The fees are payable to plaintiff, but if plaintiff does not owe a debt subject to offset, they are payable to the attorney. The Court having reviewed the record in this matter;

IT IS on this 18th day of May 2018;

ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of four thousand seven hundred dollars and zero cents ($4,700.00) in attorney fees. The fees are payable to plaintiff, but if plaintiff does not owe a debt subject to

offset, they are payable to the attorney;

    ORDERED that the within matter is dismissed with prejudice.

*[signature: Bill Carter]*

Hon. William B. Carter
U.S. District Court Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

Grant C. Jaquith
United States Attorney

By: *[signature]*

Sixtina Fernandez
Special Assistant U.S. Attorney
Attorney for Defendant
SSA/Office of the General Counsel
26 Federal Plaza, 39th Floor
New York NY 10278
(212) 264-2272
Fax: (212) 264-6372
Email: sixtina.fernandez@ssa.gov


Olinsky Law Group
Attorneys for Plaintiff

By: *[signature]*

Howard Olinsky, Esq.
300 S. State Street
Suite 420
Syracuse, NY 13202
315-701-5780
Fax: 315-701-5781
Email: holinsky@windisability.com